# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, | ) ) ) Case No. 1:05CV00072 |
| Plaintiff, | ) ) **OPINION AND ORDER** |
| v. | ) ) By: James P. Jones ) Chief United States District Judge |
| RAYMOND G. SLONE, | ) ) |
| Defendant. | ) |

*W. Barry Montgomery, Kalbaugh Pfund & Messersmith, Richmond, Virginia, for Plaintiff; Raymond G. Slone, Pro Se.*

The plaintiff American Bankers Insurance Company of Florida has filed a Motion for Summary Judgment. A central issue in this declaratory judgment case is whether the defendant Raymond G. Slone misrepresented his residence in August of 2004 when he obtained a policy of liability automobile insurance.

The insurance application was filled out by the insurance agent, since Mr. Slone is illiterate. In a deposition filed with the motion, Mr. Slone variously stated that he had been living at the time with a girlfriend named Geneva Stacy in Hurley, Virginia (Tr. 13-14, 36), or a girlfriend named Barbara Elswick, in Oakwood, Virginia (Tr. 39-41), or with a girlfriend named Brenda Bennett and her adult son in Oakwood, Virginia (Tr. 31). He testified that the address on the insurance application

was that of Ms. Elswick. (Tr. 39-41.) He stated that while living with Ms. Bennett, he had also stayed at times with his parents, who were ill, across the state line in neighboring Kentucky. (Tr. 13, 31-32.)

The insurance company has the burden of proof in this case and based on the defendant's deposition, it is clear that there is a genuine issue of material fact as to where Slone was residing at the time of the insurance application and whether he misrepresented the facts to the insurance agent. Accordingly, summary judgment is not appropriate. *See* Fed. R. Civ. P. 56(c).

It appearing proper, it is **ORDERED** as follows:

1. The Motion for Summary Judgment is DENIED; and
2. The clerk will reset this case for trial before a jury.

ENTER: June 21, 2006

/s/ JAMES P. JONES
Chief United States District Judge